UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nautilus Insurance Company, | : CIVIL ACTION LAW |
| | : |
| | : 1-22-CV-00276-SPB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Nelson Bros. Engineering, LLC, and | : JURY TRIAL DEMANDED |
| Jerry M. Blum, | : |
| | : |
| | : |
| Defendants. | : |

<u>STIPULATION OF VOLUNTARY DISCONTINUANCE OF ACTION</u>

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby **STIPULATED AND AGREED** by the undersigned counsel of the parties who have appeared in this action that this Action is **DISMISSED in its entirety without prejudice**, each party to bear its own costs.

| | |
|---|---|
| **KLINE & SPECTER P.C.**<br><br>By: _/s/ Michael A. Trunk/am_<br>Michael A. Trunk, Esquire<br>1300 Fifth Avenue<br>Pittsburgh, PA 15219<br>(412) 851-3600<br><br>*Attorneys for Jerry Blum* | **WHITE AND WILLIAMS, LLP**<br><br>By: _/s/_<br>Anthony L. Miscioscia, ID #69215<br>David E. Edwards, ID #67961<br>1650 Market Street<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>(215) 864-7000<br><br>*Attorneys for Nautilus Insurance Company* |
| **On behalf of Nelson Bros. Eng'g**<br><br>By: _/s/ Janet Harrison_<br>Janet Harrison<br>Nelson Bros Engineering, LLC<br>2396 State Highway 141<br>Trout Lake, WA 98650<br>888-623-2882 x8 | It is so ordered this 29th day of November, 2022.<br><br>_Susan Paradise Baxter_<br>United States District Judge |

29906826v.1